UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

YOLANDA STILLS

VERSUS

SONIA GUZMAN, ET AL.

CIVIL ACTION

NO. 12-539-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated January 11, 2013 (doc. no. 17) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion for Summary Judgment filed by defendant M & M Dodge, Inc. is GRANTED.

Baton Rouge, Louisiana, this 20th day of February, 2013.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE